773 F.2d 1049
 Sarah COURSEN and Katherine Cook, Plaintiffs-Appellants,
v.
A.H. ROBINS COMPANY, INC., a Virginia corporation,
Defendant-Appellee.
Pamela VAN DUYN, Terri Johnson, Joanna B. Kuhnhenn, Gayle
McCann, Laurie Jo Franz, and Debbie Rohl,
Plaintiffs-Appellants,
v.
A.H. ROBINS COMPANY, INC., a Virginia corporation, Defendant-Appellee.
 Nos. 84-3853 to 84-3861.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 8, 1985.
 ORDER
 
 1
 Before GOODWIN and SKOPIL, Circuit Judges, and VUKASIN,* District Judge.
 
 
 2
 The original opinion in this matter, which appears at 764 F.2d 1329 (9th Cir.1985), contains a typographical error on page 1342. The sentence immediately following headnote 23 on page 1342 should be changed to read as follows: "While a plaintiff cannot appeal a voluntary dismissal without prejudice, he or she may appeal a dismissal with prejudice."
 
 
 
 *
 The Honorable John P. Vukasin, Jr., United States District Judge for the Northern District of California, sitting by designation